Monte J. White & Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| David Joe Vilardi | § | |
| and | § | |
| Carolyn Dot Vilardi | § | CASE NO.  19-70208-HDH-13 |
| | § | |
| DEBTORS | § | |

NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7
UNDER SECTION 1307(A)

The debtors, by and through their attorney, represent and state as follows:

1. Debtors, David Joe Vilardi and Carolyn Dot Vilardi, filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on 7/30/2019 .
2. Debtors' Chapter 13 case was confirmed 10/31/19.
3. Debtors are no longer able to comply with their Chapter 13 plan.
4. The Debtors qualify as debtors under Chapter 7 of the Bankruptcy Code.
5. Under Section 1307(a) of the Bankruptcy Code, the debtors are entitled to convert their Chapter 13 case to a case under Chapter 7 at any time.
6. The Debtors now wish to convert this case to a case under Chapter 7.
7. Pursuant to Bankruptcy Rule 1017(f)(3), a Chapter 13 case shall be converted without court order when the debtor files a notice of conversion under §1307(a). The filing date of the notice becomes the date of the conversion order for the purposes of applying §348(c) and Rule 1019.
8. The conversion to Chapter 7 is being made in good faith by the Debtors.

WHEREFORE, the Debtors, under Section 1307(a) and pursuant to Bankruptcy Rule 1017(f)(3), hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtors

/s/David Joe Vilardi

/s/Carolyn Dot Vilardi

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 1, 2020, a true and correct copy of the foregoing Notice of Conversion from Chapter 13 to Chapter 7 was served on all parties on the mailing matrix by ECF and/or regular mail.

<u>/s/Monte J. White</u>
Attorney for Debtor(s)