IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

David Joe Vilardi
and
Carolyn Dot Vilardi                    §    CASE NO. 19-70208-HDH-13
    DEBTOR(S)

SCHEDULE REGARDING CONVERSION
FROM CHAPTER 13 TO CHAPTER 7

In compliance with Local Bankruptcy Rule 1019(1)(a), the Debtors hereby file this Schedule in order to list assets remaining in Debtors' possession as of the date of conversion, abandoned property and property against which the automatic stay terminated during the case and unpaid debts incurred after the filing of the petition and before conversion of the case. When this schedule is filed for a case converted to Chapter 7 after confirmation of a plan, the schedule will also include property acquired after the filing of the petition but before conversion, unpaid debts and executory contracts entered into or assumed after the filing of the petition but before conversion.

ASSETS REMAINING IN DEBTORS' POSSESSION AS OF DATE OF NOTICE OF CONVERSION AND PROPERTY ACQUIRED AFTER FILING OF PETITION
see schedules on file with Court

ABANDONED PROPERTY AND PROPERTY AGAINST WHICH THE AUTOMATIC HAS TERMINATED
N/A

UNPAID DEBTS INCURRED AFTER FILING/AND OR CONFIRMATION
N/A

EXECUTORY CONTRACTS AFTER FILING
N/A

DECLARATION CONCERNING DEBTOR(S) SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY INDIVIDUAL DEBTOR(S)

I declare under penalty of perjury that I have read the foregoing Schedule Regarding Conversion From Chapter 13 to Chapter 7 and all attachments and that they are true and correct to the best of my knowledge, information, and belief.

Date:   04/01/2020            /s/ David Joe Vilardi


Date:   04/01/2020            /s/ Carolyn Dot Vilardi
                                  (If joint case, both spouses must sign)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 4/1/20, a true and correct copy of the foregoing Debtor(s) Statement of Intention, and Schedule Regarding Conversion from Chapter 13 to Chapter 7 was served on all parties on the mailing matrix by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor(s)